# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| SEBRINA KELSTROM | CASE NO. 08-27484 |
| Debtor. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____**B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| SFC Central Bankrupty | $214.44 |
| 209 Dawson Rd Ste. 4B | |
| Columbia, SC 29223 | |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$214.44** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 22nd day of January, 2010.

_____/s/_____
Steven R. Bailey, Trustee